# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEVIN SIMMONS,
               Appellant,

      vs.

SARAH A. ROBATCEK,
               Respondent.

No. 83511

**FILED**

SEP 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Bryce C. Duckworth, District Judge, Family Court Division
      Law Office of Julio Vigoreaux, Jr.
      Sarah A. Robatcek
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-28067